## *Lessee of Robert Stewart *against* William Richardson.

*A second new trial awarded, after trial by a special jury and view without costs, improper evidence, which was afterwards overruled by the court, having been disclosed to the jury on the view.*

EJECTMENT for lands in Franklin township.

This cause had been tried by a special jury and view in May last, in this court, before Smith and Brackenridge, justices, when a verdict passed for the plaintiff, and the court awarded a new trial.

It was again tried by another special jury and view, and a verdict again given for the plaintiff, after the jury had staid out ten hours.

A motion was made for a second new trial, on the ground that the lessor of the plaintiff had shewn to the six jurors on the view the deposition of Richard Neave, in the absence of the defendant, which had been afterwards overruled in evidence on the trial.

This fact being verified by the oath of James Wilson, one of the jurors on the view, and assented to by the others, the court without hesitation, awarded a second new trial, without costs ; and there being no question of boundary, the rule for a view was discharged, on motion on behalf of the defendant.

Messrs. Hamilton and Cadwalader, *pro quer.*

Messrs. Duncan and C. Smith, *pro def.*